**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

---

Case Title: CORK & CELLAR, LLC, et al   Case Number: 1:26-cv-1523
v. FIFTH THIRD BANK, N.A., et al

An appearance is hereby filed by the undersigned as attorney for:
WORLDPAY, INC., WORLDPAY, LLC, WORLDPAY ISO AND ECOMMERCE, LLC, and FIFTH THIRD BANK, N.A.

Attorney name (type or print):  NICHOLAS SECCO

Firm:    Benesch Friedlander Coplan & Aronoff, LLP

Street address:     71 S. Wacker Drive, Suite 1600

City/State/Zip:    Chicago, IL 60606

Bar ID Number: 6275881                Telephone Number:    312.212.4949
(See item 3 in instructions)

Email Address: nsecco@beneschlaw.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☒ |
| Are you a member of the court's general bar? | ☒ | ☐ |
| Are you a member of the court's trial bar? | ☒ | ☐ |
| Are you appearing *pro hac vice*? | ☐ | ☒ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☒ |

If this is a criminal case, check your status.    ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 2/10/2026

Attorney signature:    */S/ Nicholas Secco*
            (Use electronic signature if the appearance form is filed electronically.)

Revised  7/19/2023