UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CORK & CELLAR, LLC, ANGELA STERLING dba ANGELA STERLING PHOTOGRAPHY, and VLADIMIR MIDOUN dba V MIDOUN PHOTOGRAPHY, individually and on behalf of all others similarly situated, , Plaintiffs, v. FIFTH THIRD BANK, N.A., WORLDPAY, INC., WORLDPAY, LLC, WORLDPAY ISO AND ECOMMERCE, LLC, and ENHANCED PAYMENT SYSTEMS, LLC Defendants. | Case No: 1:26-cv-1523 |

**<u>FIFTH THIRD BANK, N.A.S' NOTIFICATION AS TO AFFILIATES</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2 of the Northern District of Illinois, Fifth Third Bank, N.A. ("Fifth Third") states as follows. Fifth Third is a national banking association with its principal place of business in the State of Ohio. Fifth Third is a wholly owned, indirect subsidiary of Fifth Third Bancorp, a publicly traded company. The following entities own 5% or more of the stock of Fifth Third Bancorp:

1. The Vanguard Group, Inc.

2. BlackRock, Inc.

3. T. Rowe Price

| | |
|---|---|
| Date: February 10, 2026 | */s/ Mark S. Eisen* |
| | Mark S. Eisen |
| | meisen@beneschlaw.com |
| | Nicholas J. Secco |
| | nsecco@beneschlaw.com |
| | Olivia E. Sullivan |
| | osullivan@beneschlaw.com |
| | Andrea C. Hoover |
| | ahoover@beneschlaw.com |
| | **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP** |
| | 71 S. Wacker Drive, Suite 1600 |
| | Chicago, Illinois 60606 |
| | Telephone: (312) 212-4949 |
| | Facsimile: (312) 767-9192 |
| | |
| | *Attorneys for Fifth Third Bank, N.A.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 10, 2026, a true and correct copy of the foregoing was filed with the Clerk of the Court and that copies of the foregoing were transmitted to all parties of record via the Court's CM/ECF electronic filing system and via email to the following parties:

Benjamin R. Swetland
bswetland@zolnaswetland.com
Jacie C. Zolna
jzolna@zolnaswetland.com
ZOLNA SWETLAND, LLC
30 N. LaSalle St., Ste. 2300
Chicago, Illinois 60602
Tel: (312) 724-8474

Charles G. Wentworth
The Law Office of Lofgren & Wentworth, P.C.
536 Crescent Blvd. Suite 200
Glen Ellyn, IL 60137
(630) 469-7100
cwentworth@elrlaw.com

*Attorney for Enhanced Payment Systems, LLC*

*/s/ Mark Eisen*