**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CORK & CELLAR, LLC, ANGELA STERLING dba ANGELA STERLING PHOTOGRAPHY, and VLADIMIR MIDOUN dba V MIDOUN PHOTOGRAPHY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FIFTH THIRD BANK, N.A., WORLDPAY, INC., WORLDPAY, LLC, WORLDPAY ISO AND ECOMMERCE, LLC, and ENHANCED PAYMENT SYSTEMS, LLC<br><br>Defendants. | )<br>)<br>)<br>)<br>)  Case No: 1:26-cv-1523<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Defendants Fifth Third Bank, N.A. ("Fifth Third") and Worldpay, Inc.,[1] Worldpay, LLC, and Worldpay ISO and ECommerce LLC (collectively, "Worldpay") (together, the "Movants") by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 6(b), hereby move for an extension of time through March 17, 2026 to respond to Plaintiffs' Class Action Complaint, and in support thereof states as follows:

1.       On or about January 7, 2026, Plaintiffs Cork & Cellar, LLC, Angela Sterling d/b/a Angela Sterling Photography, and Vladimir Midoun d/b/a V Midoun Photography, individually and on behalf of all others similarly situated (collectively, "Plaintiffs") initiated this civil action

---

[1] As detailed in the Notice of Removal, Worldpay, Inc. no longer exists as it was merged into Worldpay, LLC on June 30, 2020. It reserves all rights to contend that it was not properly served and is not properly part of this case

against Defendants by filing a Complaint in the Circuit Court of Cook County, Illinois, Chancery Division captioned *Cork & Cellar, LLC, Angela Sterling dba Angela Sterling Photography, and Vladimir Midoun dba V Midoun Photography, individually and on behalf of all others similarly situated v. Fifth Third Bank, N.A., Worldpay, Inc., Worldpay, LLC, Worldpay ISO and Ecommerce, LLC, and Enhanced Payment Systems, LLC* (the "Class Action Complaint"). On January 12, 2026, Fifth Third and Worldpay, Inc. were served with the Summons and Complaint in the State Court Action. Worldpay, LLC and Worldpay ISO and Ecommerce, LLC were served with the Summons and Complaint on January 13, 2026.

2.     On February 10, 2026, the Movants removed this case to this Court under 28 U.S.C. §§ 1332, 1441 and 1446.

3.     Pursuant to Federal Rule of Civil Procedure 81(c), the Movants' deadline to file their responsive pleadings is February 17, 2026. *See* Fed. R. Civ. P. 81(c)(2)(C).

4.     Undersigned counsel is investigating the allegations in the Class Action Complaint, which investigation is critical to determining how the Movants will respond to the complex and extensive 45-page Complaint. The Movants need time to coordinate regarding their response to the Complaint.

5.     On February 5, 2026, counsel for Worldpay reached out to and conferred with counsel for Plaintiffs. Plaintiffs do not oppose the relief sought herein.

6.     The Movants thus respectfully request that this Court extend the deadline for their responsive pleading by 28 days—up to and including March 17, 2026.

7.     This is the Movants' first request for an extension and this Motion is not being made for purposes of delay or any improper purpose.

Date: February 10, 2026

*/s/ Mark S. Eisen*

Mark S. Eisen
meisen@beneschlaw.com
Nicholas J. Secco
nsecco@beneschlaw.com
Olivia E. Sullivan
osullivan@beneschlaw.com
Andrea C. Hoover
ahoover@beneschlaw.com
**BENESCH, FRIEDLANDER, COPLAN
& ARONOFF LLP**
71 S. Wacker Drive, Suite 1600
Chicago, Illinois 60606
Telephone: (312) 212-4949
Facsimile: (312) 767-9192

*Attorneys for Fifth Third and the Worldpay
Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2026, a true and correct copy of the foregoing was filed with the Clerk of the Court and that copies of the foregoing were transmitted to all parties of record via the Court's CM/ECF electronic filing system and via email to the following parties:

Benjamin R. Swetland
bswetland@zolnaswetland.com
Jacie C. Zolna
jzolna@zolnaswetland.com
ZOLNA SWETLAND, LLC
30 N. LaSalle St., Ste. 2300
Chicago, Illinois 60602
Tel: (312) 724-8474

*Counsel for Plaintiffs and the Proposed Classes*


Charles G. Wentworth
The Law Office of Lofgren & Wentworth, P.C.
536 Crescent Blvd. Suite 200
Glen Ellyn, IL 60137
(630) 469-7100
cwentworth@elrlaw.com

*Attorney for Enhanced Payment Systems, LLC*


*/s/ Mark Eisen*